**Order entered January 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00484-CV

### IN THE INTEREST OF D.S., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-14244**

## ORDER

Before the Court is appellee's December 20, 2019 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **February 10, 2020**. We caution appellee that further extension requests will be disfavored.


/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE